# Court of Appeals
# of the State of Georgia

ATLANTA,  December 08, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2018. TEVIN JUWAN SAMS v. THE STATE.**

In 2016, Tevin Sams was convicted of malice murder and other crimes and sentenced to life in prison, and the Supreme Court of Georgia affirmed his convictions on appeal. See *Sams v. State*, 314 Ga. 306 (875 SE2d 757) (2022). In March 2025, Sams filed a pro se motion for nunc pro tunc,[1] which the trial court dismissed, and a pro se motion for appointment of counsel, which the trial court denied. Sams then filed this direct appeal. We lack jurisdiction.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of malice murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 567 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013) (appeal from denial of a motion in arrest of judgment attacking murder convictions as void).

---

[1] Sams argues in his motion that he received ineffective assistance of counsel.

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* ___12/08/2025_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*